

Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Aileen E. McTiernan
Direct Telephone: 212-912-2829
Direct Fax: 855-595-1186
aileen.mctiernan@lockelord.com

May 12, 2019

**VIA ELECTRONIC MAIL**

Hon. Sean H. Lane
United States Bankruptcy Judge
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

**MEMORANDUM ENDORSED ORDER:**
**This is approved.**
**SO ORDERED.**
**Dated: May 14, 2019**
*/s/ Sean H. Lane*
**United States Bankruptcy Judge**

Re:  Justo Reyes v. Wells Fargo Bank, N.A.
     Adv. No.: 19-08248-shl

     Karen Jackson v. Wells Fargo Bank, N.A.
     Adv. No.: 19-08249-shl

Dear Judge Lane:

We represent defendant Wells Fargo Bank, N.A., Inc. ("Wells Fargo") in the above-captioned matters and write to request that the Court enter an order commemorating the parties' agreement to extend the time for Wells Fargo to respond to the Complaints to June 17, 2019.

Plaintiffs filed their Complaint on April 12, 2019. Wells Fargo's deadline to file its response to the Complaint is currently set for May 15, 2019. This is the first request to extend Wells Fargo's deadline to respond to the Complaint and all parties consent to this application.

Respectfully yours,

*/s/Aileen E. McTiernan*

Aileen E. McTiernan

cc:  Linda Tirelli, Esq. (via electronic mail)
     Tom Zimmeman, Esq. (via electronic mail)
     Javier Marino, Esq. (via electronic mail)